# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| RICKY TEJADA, | : No. 64 MM 2015 |
| Petitioner | : |
| v. | : |
| JON D. FISHER, SUPERINTENDENT, CAPTAIN SUNDERLAND, JOHN/JANE DOE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2015, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. Petitioner is **DIRECTED** to file his Petition for Allowance of Appeal within 30 days.